IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

FILED

JUN 08 2022

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____,DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| -vs- | ) No. CR 22-230 G |
| CAROL JUNE HARRISON, | ) Violations: 18 U.S.C. § 113(a)(3) |
| | ) 18 U.S.C. § 1153 |
| Defendant. | ) |

## INDICTMENT

The Federal Grand Jury charges:

### COUNT 1
**(Assault with a Dangerous Weapon)**

On or about December 18, 2020, in the Western District of Oklahoma, in Indian Country,

---------------------------------- **CAROL JUNE HARRISON,** -------------------------------

an Indian, assaulted J.H. with a dangerous weapon by hitting J.H. in the head with a bottle with intent to cause bodily harm.

All in violation of Title 18, United States Code, Sections 113(a)(3) and 1153.

A TRUE BILL:

*[signature]*

FOREPERSON OF THE GRAND JURY

ROBERT J. TROESTER
United States Attorney

*[signatures]*

TIFFANY NOBLE
Assistant United States Attorney